1
2
3                    UNITED STATES DISTRICT COURT
4                    NORTHERN DISTRICT OF CALIFORNIA
5
6
7   JAMES LYNN O'HINES,
8                 Plaintiff,                    No. C 09-2167 PJH (PR)
9       vs.                                     **ORDER OF DISMISSAL**
10  HERNANDEZ, et al.,
11                Defendants.
                                         /
12
13        This pro se civil rights action was filed on May 18, 2009.  On that same day the court
14  notified plaintiff he had neither paid the filing fee nor submitted an application for leave to
15  proceed in forma pauperis.  A copy of the court's form for applications to proceed in forma
16  pauperis was provided with the notice, along with a return envelope.  Plaintiff was informed
17  that if he did not either pay the fee or file the application within thirty days the case would
18  be dismissed.
19        No response has been received.  This case is therefore **DISMISSED** without
20  prejudice.  The clerk shall close this file.
21        **IT IS SO ORDERED.**
22  Dated:  July 2, 2009.
                                         _____
23                                              PHYLLIS J. HAMILTON
                                                United States District Judge
24
25
26
27
28  G:\PRO-SE\PJH\CR.09\O'HINES2167.DSM-IFP.wpd

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28